# EXHIBIT A

# FINAL EXPENSE LIVE TRANSFERS

**KNOW ALL MEN BY THESE PRESENTS:**

This Contract is between:   **Party A and Party B**

**PARTY A**
Jacquelyn Leah Levine
Python Leads LLC
5401 W KENNEDY BLVD STE 100,
TAMPA, FL 33609

- and -

**PARTY B**
Kim Wilhelm
FINAL EXPENSE DIRECT
6201 Bonhomme Rd Suite 110 South
Houston, TX 77036

### Agreement

Party A will be providing the Live Transfers services to Party B based on these following agreements

### 1. Live Transfer FINAL EXPENSE

Party A will provide the Live Transfers Leads for Final Expense to Party B

### 2. LIVE TRANSFER TIMINGS

Monday to Friday

9:00 AM to 6:00 PM

### 3. Eligibility Of Live Transfer Lead

All Transfers will be billable who stay with party B at least 5 minutes buffer

### 4. TCPA COMPLAINCE

It is the sole responsibility of **Party A** to familiarize with all laws and regulations applicable with TCPA, FEDERAL AND STATE DO NOT CALL REGISTRY!

And it will hold **Party B** the harmless from and against any and all claims, costs, actions, losses, expenses, liabilities, and damages("Claims")arising from the Undersigned's breach of the Agreement or this Addendum or failure to ensure that the Leads provided to your company comply with the terms of the TCPA.

### Pricing:

According to the agreement Party B is agreeing in paying the price of $55/per Live Transfer Lead first week! And from 2nd week it will $65 Per Live Transfer 3rd Week it will be $75 Per Lvie Transfer. However, both parties have AUTHORITY to rewise the price with prior notice and agreed upon by both Parties.

### 6. Payment Plan

**Party A** will send an invoice of last week billable transfers on every monday, and **Party B** will process the payment on tuesday of each week.

### 7. Payment Method

The Payment will be through direct deposit to **party A** by **party B**
**Party B** will use following acount and routing number of **Party A** to process the payment each tuesday.

Wells Fargo Bank
Routing : 063107513
Acount: 7322037909

### 9. 6. Agreement Modification

No modification of this Agreement shall be considered valid unless made in writing and agreed upon by both Parties.

Name & Signature of Party A

Name & Signature Party B

Kim Wilhelm

Jacquelyn Leah Levine

