# EXHIBIT B

| | |
|---|---|
| **From:** | Sarah Harris |
| **To:** | Colleen Mayer; Nikki Fields |
| **Subject:** | FW: Agreement - FED and Python Leads |
| **Date:** | Monday, August 01, 2022 12:44:17 PM |
| **Attachments:** | image001.png |

**From:** EllenJo Wilhelm <ellenjo@ellenjowilhelm.com>
**Sent:** Monday, August 1, 2022 12:44 PM
**To:** Bryant Banes <bbanes@nhblaw.com>
**Cc:** Sarah Harris <sharris@nhblaw.com>; Sarah Premeaux <sarah.p@finalexpensedirect.com>; Kim Wilhelm <kim@kimwilhelm.com>
**Subject:** FW: Agreement - FED and Python Leads



**From:** Ali Raza <alirazashaheen2@gmail.com>
**Sent:** Thursday, April 1, 2021 2:36 PM
**To:** Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>; EllenJo Wilhelm

<ellenjo@ellenjowilhelm.com>; Jacquelyn Levin <Jacquelynleahlevin@gmail.com>
**Cc:** Kim Wilhelm <kim@kimwilhelm.com>
**Subject:** Re: Agreement - FED and Python Leads

We have Sent W-9 form of Jacquelyn- According to the agreement Pay Day was Wednesday-

Please confirm how long it will take?

On Thu, Apr 1, 2021 at 10:16 AM Luis Beauchamp <luis.beauchamp@finalexpensedirect.com> wrote:

> Ali, do you have time for quick call........also can you please send me our current script including the hand off....
>
> *Luis Beauchamp*
> Vice-President of Marketing
> Final Expense Direct
> Low-Cost Senior Life Insurance
> 6201 Bonhomme Rd Suite 110 South
> Houston, Tx 77036
> DL: 832.328.3283 Ext 104
> 1-800-538-3610 Ext 104
> Email: luis.beauchamp@finalexpensedirect.com
> Videos: http://youtube.com/c/finalexpensedirect
> Employment Page: https://lp.finalexpensedirect.com/
> Website: finalexpensedirect.com
>
> 
>
> **From:** Jacquelyn Levin <jacquelynleahlevin@gmail.com>
> **Sent:** Thursday, April 1, 2021 10:08 AM
> **To:** EllenJo Wilhelm <ellenjo@ellenjowilhelm.com>
> **Cc:** Ali Raza <alirazashaheen2@gmail.com>; Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>; Kim Wilhelm <kim@kimwilhelm.com>
> **Subject:** Re: Agreement - FED and Python Leads
>
> On Thu, Apr 1, 2021 at 10:16 AM EllenJo Wilhelm <ellenjo@ellenjowilhelm.com> wrote:
>
>> As per my email yesterday, I've set her account up but waiting for it to become active then I can send. I'll advise when I send it.

Sent from my iPhone

On Apr 1, 2021, at 8:45 AM, Ali Raza <alirazashaheen2@gmail.com> wrote:

Good Morning,

We have not received the payment yesterday- Please confirm the status of payment ?

On Wed, Mar 31, 2021 at 12:31 PM Ali Raza <alirazashaheen2@gmail.com> wrote:

No Problem- We will have Python Leads corporate Account by the next payment-

On Wed, Mar 31, 2021 at 12:29 PM EllenJo Wilhelm <ellenjo@ellenjowilhelm.com> wrote:

Hi Ali,

That's fine. I just don't want multiple payments or I will have to send her a 1099 at the end of year. Just make sure you account for payments made to her under your corporation.

Best,

**Ellen Jo Wilhelm**
*Co-Owner*

Final Expense Direct
Low Cost Senior Life Insurance
6201 Bonhomme Rd. I Suite 110S I Houston, Texas 77036
(w) 832-328-3283 x100 (f) 832-328-3811
ellenjo@ellenjowilhelm.com

CONFIDENTIALITY NOTICE: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited

and may be unlawful. Please immediately contact the sender if you have received this message in error and delete the communication destroying all copies. Thank you for your cooperation

---

**From:** Ali Raza <alirazashaheen2@gmail.com>
**Sent:** Wednesday, March 31, 2021 1:25 PM
**To:** EllenJo Wilhelm; Luis Beauchamp
**Cc:** Kim Wilhelm
**Subject:** Re: Agreement - FED and Python Leads

We are getting Corporate account under Python Leads-

Can we transfer this payment to Jacquelyn's Personal Account and then by the next payment we will have Corporate account under Python Leads.

Possible?

On Wed, Mar 31, 2021 at 11:28 AM EllenJo Wilhelm <ellenjo@ellenjowilhelm.com> wrote:

> Please have Jacquelyn complete the attached W-9.
>
> Thank You,
>
> Ellen Jo
>
> ---
>
> **From:** Ali Raza <alirazashaheen2@gmail.com>
> **Sent:** Wednesday, March 31, 2021 12:24 PM
> **To:** EllenJo Wilhelm
> **Cc:** Kim Wilhelm
> **Subject:** Re: Agreement - FED and Python Leads
>
> No we do not have yet- It is her personal account -
>
> On Wed, Mar 31, 2021 at 11:22 AM EllenJo Wilhelm

> <ellenjo@ellenjowilhelm.com> wrote:
>
>> Hi Ali,
>>
>> I see the issue. You have funds going directly to Jacquelyn in a personal account. Does Python not have a corporate account?
>>
>> Thank You,
>>
>> Ellen Jo
>
> ---
>
> **From:** Ali Raza <alirazashaheen2@gmail.com>
> **Sent:** Wednesday, March 31, 2021 11:33 AM
> **To:** EllenJo Wilhelm
> **Cc:** Kim Wilhelm
> **Subject:** Re: Agreement - FED and Python Leads
>
> It is a Checking Account
>
> 063107513- routing
>
> 7322037909 - account
>
> Name : Jacquelyn L Levine
>
> On Wed, Mar 31, 2021 at 9:39 AM EllenJo Wilhelm <ellenjo@ellenjowilhelm.com> wrote:
>
>> Good Morning Ali,
>>
>> You're banking information has kicked back due to "type". Is this a savings account rather than a checking, or did you provide wire routing rather than checking routing information?
>>
>> Please confirm.

Thank You,

**Ellen Jo Wilhelm**
*Co-Owner*

Final Expense Direct
Low Cost Senior Life Insurance
6201 Bonhomme Rd. l Suite 110S l Houston, Texas 77036
(w) 832-328-3283 x100 (f) 832-328-3811
ellenjo@ellenjowilhelm.com



CONFIDENTIALITY NOTICE: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error and delete the communication destroying all copies. Thank you for your cooperation

---

**From:** Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>
**Sent:** Monday, March 15, 2021 4:51 PM
**To:** Ali Raza
**Cc:** EllenJo Wilhelm; Kim Wilhelm; Sarah Premeaux
**Subject:** RE: Agreement - FED and Python Leads

Per your request see attached signed agreement. We need to set a pre-launch call to review the process. Also attached is a list of states in which we accept transfers.
HOO : Monday to Thursday 9:30am to 6pm CST / Friday 9:30am-5pm CST / Close weekends.
I will have a DID : 346.352.5354 - ready to test by Tuesday COB.

*Luis Beauchamp*
Vice-President of Marketing
Final Expense Direct
Low-Cost Senior Life Insurance
6201 Bonhomme Rd Suite 110 South
Houston, Tx 77036
DL: 832.328.3283 Ext 104
1-800-538-3610 Ext 104

Email: luis.beauchamp@finalexpensedirect.com
Videos: http://youtube.com/c/finalexpensedirect
Employment Page: https://lp.finalexpensedirect.com/
Website: finalexpensedirect.com

<image004.jpg>

<image003.jpg>

**From:** Ali Raza <alirazashaheen2@gmail.com>
**Sent:** Friday, March 12, 2021 9:29 PM
**To:** Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>
**Subject:** Re: Agreement

On Fri, Mar 12, 2021 at 7:29 PM Ali Raza <alirazashaheen2@gmail.com> wrote:

> Hi Mr. Beauchamp,
>
> Hope you're doing great!
>
> Please read the agreement. And if you want to add anything else do let me know
>
> Otherwise give me a go ahead so i can have a sign from jacquelyn and forward it to you!
>
> Thank you
>
> Ali