# EXHIBIT D

| | |
|---|---|
| From: | Jacquelyn Levin |
| To: | Luis Beauchamp |
| Cc: | Ali Raza |
| Subject: | updates |
| Date: | Monday, December 06, 2021 5:51:46 PM |

Hi Luis,

I hope you had a wonderful Thanksgiving holiday. I am happy to hear the quality is improving. We have integrated utilizing social media marketing and calling on exclusive leads to maximize your conversion rate. Please keep us posted on quality so we can make improvements as needed.

I wanted to bring to your attention that you and Ali had a conversation a few months back agreeing that you would not buy leads from our affiliate call centers directly. It has come to my attention that one of our former employees created an LLC November 4th and has solicited business with you. The company is AKY leads. The company was created a couple days after we terminated our director of operations (November 4). My main concern for you is that you may receive duplicate leads from them and you have no protection from TCPA/DNC lawsuits. To my understanding, although they created their LLC in Texas, they all reside in Pakistan. We are able to protect our clients from lawsuits because I, (owner) am local in the US and I have a legal team that provides me services in all 50 states. Of course you are free to buy leads from any source you want, but we value you as a customer and do not want anything to happen to your business.

With that being said, I am also happy to tell you we are reducing your lead cost from $30 to $27 effective 12/13/2021. We will continue to purchase the higher quality data, so that will not change. We are planning to have a LONG and Prosperous relationship with you and wanted to show how much we appreciate you by lowering the lead cost. Please don't tell anyone though, as new clients will be subject to higher pricing!

Lastly, will you be in town the last week of December? I may be in Houston and wanted to see you if so. Please let me know.

Thank you so much for your partnership this last year. We truly appreciate you!!

Warm Regards,

Jacquelyn