# EXHIBIT E

**Python Leads**

# INVOICE

# 57

| | |
|---|---|
| Date: | Mar 29, 2021 |
| Due Date: | Mar 30, 2021 |
| **Balance Due:** | **$1,760.00** |

Bill To:
**Final Expense Direct**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Live Transfer Leads** | 32 | $55.00 | $1,760.00 |

| | |
|---|---|
| Total: | $1,760.00 |