# EXHIBIT F

**Python Leads**

# INVOICE

# 59

|  |  |
|---|---|
| Date: | Apr 7, 2021 |
| From: | 29 March 2021 |
| Till: | 02 April 2021 |
| **Balance Due:** | **$2,145.00** |

Bill To:
**Final Expense Direct**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Final Expense Live transfers** | 33 | $65.00 | $2,145.00 |

Total:  $2,145.00

Notes:

This invoice is from March 29 2021 to April 2nd 2021