# EXHIBIT G

**Python Leads**

# INVOICE

# 3

|  |  |
|---|---|
| Date: | Apr 15, 2021 |
| Invoice From: | April 5 2021 |
| To Date: | April 09 2021 |
| **Balance Due:** | **$1,425.00** |

Bill To:
**Final Expense Direct**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Live Transfer Leads** | 19 | $75.00 | $1,425.00 |
|  |  | Total: | $1,425.00 |

Notes:

This invoice is from April 05 2021 to April 09 2021