# EXHIBIT H

**From:** Jacquelyn Levin
**To:** Luis Beauchamp
**Cc:** Ali Raza; Sarah Premeaux; EllenJo Wilhelm; Kim Wilhelm
**Subject:** Re: Python - Spam Call | Wes Newman TCPA complaint WEB26
**Date:** Tuesday, August 24, 2021 2:04:10 PM

Thank you . I will reach out to him.

Sent from my iPhone

> On Aug 24, 2021, at 2:58 PM, Luis Beauchamp <luis.beauchamp@finalexpensedirect.com> wrote:
>
> Jacquelyn, Mr. Newman has resurrected again today........ per our conversation and your request - we have not talked to him or communicated via email since the last interaction with our call center.
>
> Please read his comments below and advise...........
>
> *Luis Beauchamp*
> Vice-President of Marketing
> Final Expense Direct
> Low-Cost Senior Life Insurance
> 6201 Bonhomme Rd Suite 110 South
> Houston, Tx 77036
> DL: 832.328.3283 Ext 104
> 1-800-538-3610 Ext 104
> Email: luis.beauchamp@finalexpensedirect.com
> Videos: http://youtube.com/c/finalexpensedirect
> Employment Page: https://lp.finalexpensedirect.com/
> Website: https://finalexpensedirect.com/
>
> <image001.png>
>
> **From:** Wes Newman <wes.newman86@gmail.com>
> **Sent:** Tuesday, August 24, 2021 1:34 PM
> **To:** Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>
> **Cc:** Customer Service Main Group <customerservice@finalexpensedirect.com>
> **Subject:** Re: Spam Call | Wes Newman
>
> Hello,
>
> I would like confirmation that these emails have been received. Thank you.

Kind regards,
Wes

On Mon, Aug 23, 2021 at 10:58 AM Wes Newman <wes.newman86@gmail.com> wrote:

> Hi Luis,
>
> I saw that you are the Vice President of Marketing there at Final Expense and I'm hoping that you can take a look at the email that I sent over to your Customer Service team and help me figure out who I need to contact. I have not heard back from them at any point. I also called Friday and was told a manager would call me back but have still not yet received a call. Please let me know if there is any other information I can provide to help us get this figured out!
>
> Thank you in advance for your help!
>
> Kind regards,
> Wes Newman
> 940-631-4523
>
> On Fri, Aug 20, 2021 at 2:50 PM Wes Newman <wes.newman86@gmail.com> wrote:
>
>> Hello,
>>
>> I just wanted to check and make sure this email has been received. I'm not sure who to call and ask for as I have been told that customer service (extension #2) does not know where leads come from. I also do not see any kind of directory on your site and do not know anyone's extension so I have no other real option than to use extension 2.
>>
>> Kind regards,
>> Wes
>>
>> On Fri, Aug 20, 2021 at 11:40 AM Wes Newman <wes.newman86@gmail.com> wrote:
>>
>>> Hello,
>>>
>>> I'm looking for someone who can help me out. I received a call yesterday (8/19) at 10:17a Central from 682-205-8071 to my cell phone number 940-631-4523. I picked up and no one was on the other side for 38 seconds before I hung up. I ended up calling the number back and it took me to a company that called themselves "American National Benefits." I asked the agent I was speaking with, named Morris, what the real name of the company is and he said again "American National Benefits" and told me that I could "Google it." He also told

me that I did not qualify for the final expense life insurance that he had called about because I am too young at 33 years old.

I Googled the name he provided and could not find a company by that name, so I called back and pretended to be a bit older with the agent named Harry that picked up. He then transferred me to his senior supervisor named John. John then transferred me to your agent named Jervon Lawrence. I told Jervon that I had not yet heard "John" leave the conference call so it is likely that he will disconnect the call when I ask this, but I asked if he could let me know who it was that transferred me so that I could reach out to them. It was right about then or potentially before I finished the sentence that the line disconnected (Jervon mentioned that the calls are recorded so you could likely go back to yesterday at around 3:25pm Central and hear what I mean). I assume that this was "John" that disconnected the line, but there is a chance that I am mistaken and that it was Jervon, though my experience tells me that "John" knows their practice is not above board and disconnected my call to try and help his company. Unfortunately for him, I am stubborn and will not let this go until I get this worked out.

I called your company at 3:33 and left a message with the operator asking for Jervon to call me back. I had hoped to confirm with hime that it was "John" that disconnected the call, but he did not call me back. I then called back around 4:10pm and spoke with a lady named Cheryl, explained the situation, and she said that she could not look the info up, but she could ask someone. She put me on hold for a bit and came back to tell me that her supervisor had put me on your DNC list as well as a vender's DNC list. She told me that the vender's name is Python Leads and gave me their number.

I called Python Leads and fell fairly confident that they are not the ones who called me. The guy I spoke to had not heard of American National Benefits, he checked the number that called me and said it was not one of theirs, and he said that they do not make any outbound calls. He also had not heard of any of the names that I provided that worked for American National Benefits.

I would like for you to take a look and let me know who it is that called me so that I can get in touch with them and make sure that they do not call me again. From the records that I keep, I have also been called by another company calling themselves the same name on July 26.

Kind regards,
Wes Newman
940-631-4523