# EXHIBIT I

| | |
|---|---|
| From: | Ali Raza |
| To: | Luis Beauchamp |
| Cc: | Sarah Premeaux; Jacquelyn Levin; Jeff Laguerre; nasir ilyas; Kim Wilhelm |
| Subject: | Re: FED-DNC-TCPA complaint WEB26 |
| Date: | Monday, August 02, 2021 1:29:56 PM |
| Attachments: | image001.png |

He was not a professional Litigator- just a regular DNC- But If he approaches again Please let me know we will handle that our end- So he will not bother you again-

**Ali Raza**

Head of Client Acquisitions

ali@pythonleads.net

**Python Leads- LLC Bradenton- FL**

TFN: +1 8887177886

Office: +92 - (051) 8358523

https://pythonleads.com/

Python leads LLC



On Mon, Aug 2, 2021 at 11:43 AM Ali Raza <alirazashaheen2@gmail.com> wrote:
> This is the screenshot of Lead ID from joranya's portal
>
> Verified by Joranya
>
>
> **Ali Raza**
>
> Head of Client Acquisitions
>
> ali@pythonleads.net
>
> **Python Leads- LLC Bradenton- FL**
>
> TFN: +1 8887177886
>
> Office: +92 - (051) 8358523
>
> https://pythonleads.com/



On Mon, Aug 2, 2021 at 11:37 AM Ali Raza <alirazashaheen2@gmail.com> wrote:
> Please find Jornaya Id

**Ali Raza**
Head of Client Acquisitions
ali@pythonleads.net
**Python Leads- LLC Bradenton- FL**
TFN: +1 8887177886
Office: +92 - (051) 8358523
https://pythonleads.com/



On Mon, Aug 2, 2021 at 9:14 AM Ali Raza <alirazashaheen2@gmail.com> wrote:
> I will be in office in 60 minutes i will send you

**Ali Raza**
Head of Client Acquisitions
ali@pythonleads.net
**Python Leads- LLC Bradenton- FL**
TFN: +1 8887177886
Office: +92 - (051) 8358523
https://pythonleads.com/

Python leads LLC



On Mon, Aug 2, 2021 at 9:14 AM Ali Raza <alirazashaheen2@gmail.com> wrote:
> Sure don't worry We have Jornaya against that!

**Ali Raza**
Head of Client Acquisitions
ali@pythonleads.net
**Python Leads- LLC Bradenton- FL**
TFN: +1 8887177886
Office: +92 - (051) 8358523
https://pythonleads.com/

Python leads LLC



On Mon, Aug 2, 2021 at 9:08 AM Luis Beauchamp <luis.beauchamp@finalexpensedirect.com> wrote:

> Ali, just tried to call you… went to voicemail…… this transfer came in this morning, individual claims he is on the DNC and never authorized the transfer.
>
> Per our agreement please provide the Trusted form /Journia ID along with the recording of the call.
>
> Notification Details: 9:24am CST
>
> | WEB26 New Lead | Name: Jonathan Lester | Phone: 3302836058 | Email: noemail@pyle.com |
>
> *Luis Beauchamp*
>
> Vice-President of Marketing

Final Expense Direct

Low-Cost Senior Life Insurance

6201 Bonhomme Rd Suite 110 South

Houston, Tx 77036

DL: 832.328.3283 Ext 104

1-800-538-3610 Ext 104

Email: luis.beauchamp@finalexpensedirect.com

Videos: http://youtube.com/c/finalexpensedirect

Employment Page: https://lp.finalexpensedirect.com/

Website: https://finalexpensedirect.com/



**From:** Ali Raza <alirazashaheen2@gmail.com>
**Sent:** Monday, August 2, 2021 6:53 AM
**To:** Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>
**Cc:** Sarah Premeaux <sarah.p@finalexpensedirect.com>; Asim Arshad <asim.a@finalexpensedirect.com>; Jacquelyn Levin <Jacquelynleahlevin@gmail.com>; Jeff Laguerre <jeff.l@finalexpensedirect.com>; nasir ilyas <nasirllyas22@gmail.com>; Kim Wilhelm <kim@kimwilhelm.com>
**Subject:** 30 July 2021 Billable Transfers

**Ali Raza**
Head of Client Acquisitions
ali@pythonleads.net
**Python Leads- LLC Bradenton- FL**

TFN: +1 8887177886

Office: +92 - (051) 8358523

https://pythonleads.com/
Python leads LLC

