# EXHIBIT J

| | |
|---|---|
| From: | Ali Raza |
| To: | Luis Beauchamp |
| Cc: | Kim Wilhelm; Sarah Premeaux |
| Subject: | Re: FW: DNC Complaint Web26 |
| Date: | Thursday, August 19, 2021 12:45:26 PM |
| Attachments: | image001.png |
| | image003.jpg |
| | image004.png |
| | image005.png |
| | image002.png |
| | image006.jpg |
| | image006.jpg |

Hi we are scrubbing our data against TCPA and DNC litigator list.

And we have our own internal DNC list too. All these leads are fully compliance with jornaya and TCPA disclaimer. You guys are completely harmless. Sometimes 1 or 2 customers everyday provide there fake information so they can speak to license agent and can remove there number.

On Thu, Aug 19, 2021, 10:33 PM Luis Beauchamp <luis.beauchamp@finalexpensedirect.com> wrote:

> Ali……….are you scrubbing you data…TCPA /DNC compliance?
>
> *Luis Beauchamp*
>
> Vice-President of Marketing
>
> Final Expense Direct
>
> Low-Cost Senior Life Insurance
>
> 6201 Bonhomme Rd Suite 110 South
>
> Houston, Tx 77036
>
> DL: 832.328.3283 Ext 104
>
> 1-800-538-3610 Ext 104
>
> Email: luis.beauchamp@finalexpensedirect.com
>
> Videos: http://youtube.com/c/finalexpensedirect
>
> Employment Page: https://lp.finalexpensedirect.com/
>
> Website: https://finalexpensedirect.com/
>
> 

From: Jeff Laguerre <jeff.l@finalexpensedirect.com>
Sent: Thursday, August 19, 2021 12:08 PM
To: Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>
Cc: Kim Wilhelm <kim@kimwilhelm.com>; Sarah Premeaux <sarah.p@finalexpensedirect.com>
Subject: DNC Complaint Web26

Luis,

Here is a Web26 complaint. The gentleman Hank Stram (not sure if that is his real name) allowed Louis Casares to speak and then cut him off to complain about the vendor calling people on the DNC list. Can you please listen to the call around 5:35 sec into call. Now he said that he does not want to take action against our company but to let it be known that he is on the DNC and the vendors are calling customers on the DNC.

Thank you and have a wonderful day!

*Jeff Laguerre*

**Director of Sales**

Final Expense Direct

Low Cost Senior Life Insurance

6201 Bonhomme Rd. I Suite 110S I Houston, Texas 77036

800.538.3610, ext 105 (toll free)

832.328.3283, ext.105 (direct)

832.328.3811 (fax)

jeff.l@finalexpensedirect.com

www.finalexpensedirect.com



http://www.finalexpensedirect.com

Check us out on

CONFIDENTIALITY NOTICE: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error and

delete the communication destroying all copies. Thank you for your cooperation.