# EXHIBIT L

| | |
|---|---|
| From: | Jacquelyn Levin |
| To: | Kim Wilhelm; David Levin |
| Cc: | Ali Raza; EllenJo Wilhelm; Luis Beauchamp; Sarah Premeaux |
| Subject: | Re: FW: Legal Letter- Joe Ferguson 5022032277 |
| Date: | Friday, March 11, 2022 1:27:26 PM |
| Attachments: | Outlook-gwthgozu.png |

Hi,

We will contact him and get this resolved for you.

On Fri, Mar 11, 2022 at 2:07 PM Kim Wilhelm <kim@kimwilhelm.com> wrote:

> Jacquelyn, we just received this letter from an attorney, he is requesting documentation of authorization to contact. Please read and put together the information requested.
>
> Kim
>
> **From:** Sarah Premeaux <sarah.p@finalexpensedirect.com>
> **Sent:** Friday, March 11, 2022 12:54 PM
> **To:** EllenJo Wilhelm <ellenjo@ellenjowilhelm.com>; Kim Wilhelm <kim@kimwilhelm.com>
> **Subject:** Legal Letter- Joe Ferguson 5022032277
> **Importance:** High
>
> This is a WEB26 (Python Leads) call that came inbound March 9th. Call came inbound to Shantae Nash.
>
> She spoke with Joe Ferguson for about 10 minutes probing for information about us but sounding like an interested person. He didn't give off a vibe that he was a litigator. He ended the call by stating he doesn't need any insurance right now and he has our number so he'll call back if he does.
>
> There are no additional calls or recordings.
>
> **Sarah Premeaux**

Director of Client Relations

Final Expense Direct

Low Cost Senior Life Insurance

6201 Bonhomme Rd. I Suite 110S I Houston, Texas 77036

(w) 832-328-3283 x120 (f) 832-328-3811

sarah.p@finalexpensedirect.com



http://www.finalexpensedirect.com

CONFIDENTIALITY NOTICE: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error and delete the communication destroying all copies. Thank you for your cooperation.

---

**From:** Andrew Heidarpour <aheidarpour@hlfirm.com>
**Sent:** Friday, March 11, 2022 12:35 PM
**To:** Customer Service Main Group <customerservice@finalexpensedirect.com>; Kim Wilhelm <kim.wilhelm@finalexpensedirect.com>
**Subject:** Pre-Suit Notification of Federal Telemarketing Law Violation

**ATTN: LEGAL DEPARTMENT**

**Hi, my name is Andrew Heidarpour from Heidarpour Law Firm, PLLC. I am sending this correspondence on behalf of my client. Please review it at your earliest convenience.**

**Thank you**

----
Andrew Heidarpour
Heidarpour Law Firm, PLLC
www.HLFirm.com

AHeidarpour@HLFirm.com
[P] 202-234-2727



This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.