# EXHIBIT N

| | |
|---|---|
| From: | Sarah Harris |
| To: | Nikki Fields |
| Subject: | FW: Python-FED TCPA trusted form API post |
| Date: | Thursday, June 23, 2022 2:40:15 PM |
| Attachments: | image001.png |
| | image002.png |
| Importance: | High |

**From:** EllenJo Wilhelm <ellenjo@ellenjowilhelm.com>
**Date:** Thursday, June 23, 2022 at 2:05 PM
**To:** Sarah Harris <sharris@nhblaw.com>
**Cc:** Bryant Banes <bbanes@nhblaw.com>, Kim Wilhelm <kim@kimwilhelm.com>, Sarah Premeaux <sarah.p@finalexpensedirect.com>
**Subject:** FW: Python-FED TCPA trusted form API post



**From:** Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>

**Sent:** Monday, June 28, 2021 1:56 PM
**To:** Ali Raza <alirazashaheen2@gmail.com>
**Cc:** Kim Wilhelm <kim@kimwilhelm.com>; Sarah Premeaux <sarah.p@finalexpensedirect.com>; Chris Dague <chris.d@finalexpensedirect.com>; Chad Beedy <chad@medium.llc>
**Subject:** RE: Python-FED TCPA trusted form API post
**Importance:** High

Ali, we still need to complete our internal process - API /TCPA post to the CRM and dialer for each transfer - since we will be 100% responsible for a TCPA claim. I am waiting for you send me exactly how you will be submitting the data to FED and a sample form /landing page for our compliance documentation process.

*Luis Beauchamp*
Vice-President of Marketing
Final Expense Direct
Low-Cost Senior Life Insurance
6201 Bonhomme Rd Suite 110 South
Houston, Tx 77036
DL: 832.328.3283 Ext 104
1-800-538-3610 Ext 104
Email: luis.beauchamp@finalexpensedirect.com
Videos: http://youtube.com/c/finalexpensedirect
Employment Page: https://lp.finalexpensedirect.com/
Website: https://finalexpensedirect.com/



**From:** Ali Raza <alirazashaheen2@gmail.com>
**Sent:** Monday, June 28, 2021 11:42 AM
**To:** Luis Beauchamp <luis.beauchamp@finalexpensedirect.com>
**Subject:** Live transfer today ????


**Ali Raza**
Head of Client Acquisitions
ali@pythonleads.net
**Python Leads- LLC Bradenton- FL**
TFN: +1 8887177886
Office: +92 - (051) 8358523
https://pythonleads.com/

