# EXHIBIT O



# Python Leads Agreement

Party A will be providing the Final Expense Leads services to Party B based on

These following agreements

**1-Eligibility of Transfer Lead**

All Transfers will be billable who stay with party B at least 180 Sec buffer

**2- Rate will be** $20 per billable Lead

**3- Invoicing** will be Weekly

**4-Monday to Friday** invoice will be paid on Wednesday by Party B

**5- Payment Method**

The Payment will be through direct deposit. Party B will use following account and routing number process the

Wells Fargo Bank

Routing: 063107513

Account: 3498497282

Python Leads

**6- All Leads will** come through with a proper trusted form and source IP-

**Disclaimer:**

TCPA:  Being a Lead provider we use Opt-In Data from different sources and do our best to be compliance with TCPA Regulations.  Along with Lead ID we will provide the source IP of the Lead. And this is your responsibility to protect yourself against any cost, demands or damages in regards to TCPA Rules. Python Leads will not be responsible for any loss or damages in regards to TCPA.

| **Name & Signature of Party A** | **Name & Signature of Party B** |
|---|---|
| Jacquelyn Leah Levine | PARTY B   Kim  Wilhelm |
| **Python Leads LLC** | **FINAL EXPENSE DIRECT** |

6/25/2021